UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CASE NO.: 1:22-cv-00185

ALEXANDER BAYONNE STROSS,

    Plaintiff,

v.

WAL-MART.COM USA, LLC,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff ALEXANDER BAYONNE STROSS by and through undersigned counsel, brings this Complaint against Defendant WAL-MART.COM USA, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff ALEXANDER BAYONNE STROSS ("Stross") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stross' original copyrighted Work of authorship.

2. Stross is the owner and principal photographer of Stross Stock. After traveling the world with his camera, creating thousands of high-quality photographs, the natural next step was to offer the public means to license his Work. Each photo on Stross Stock is shot with top-quality equipment, thoughtfully produced, hand selected, and tastefully edited before being made available to the public.

3. Stross is a native of Austin, Texas, and watched the small city grow and develop into an urban hot spot. This served as his inspiration to become a photographer, centering his

expertise on complicated architectural photography and landscape photography. In 2016, Stross was nominated and accepted as a professional member of the American Society of Media Photographers, which is a high honor. Stross received a B.S. in Computer Science at the University of Texas at Austin and has since combined his love for the photographic arts and computer science by building an online system to help protect artists' works on the internet.

4. Defendant WAL-MART.COM USA, LLC ("Walmart") is online marketplace selling various goods across the country. At all times relevant herein, Walmart owned and operated the internet website located at the URL https://www.walmart.com/ (the "Website").

Stross alleges that Walmart copied Stross' copyrighted Work from the internet in order to advertise, market and promote its business activities. Walmart committed the violations alleged in connection with Walmart's business for purposes of advertising and promoting sales to the public in the course and scope of the Walmart's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Texas.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Wal-Mart.com USA, LLC is a California Limited Liability Company, with its principal place of business at 850 Cherry Avenue, San Bruno, CA 94066, and can be served by

serving its Registered Agent, C T Corporation System, 330 N Brand Blvd, Suite 700, Glendale, CA 91203.

## THE COPYRIGHTED WORK AT ISSUE

In 2008, Stross created the photograph entitled "26AR0503_4_5_6_7Enhancer", which is shown below and referred to herein as the "Work".



Stross registered the Work with the Register of Copyrights on December 15, 2008 and was assigned the registration number VAu 989-644. The Certificate of Registration is attached hereto as Exhibit 1.

Stross' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

14. At all relevant times Stross was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

15. Walmart has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, Walmart copied the Work.

17. On or about March 22, 2021, Stross discovered the unauthorized use of Work on the Website.

18. Walmart copied Stross' copyrighted Work without Stross' permission.

19. After Walmart copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its online marketplace.

20. Walmart copied and distributed Stross' copyrighted Work in connection with Walmart's business for purposes of advertising and promoting Walmart's business, and in the course and scope of advertising and selling products and services.

21. Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

22. Walmart committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

23. Stross never gave Walmart permission or authority to copy, distribute or display the Work at issue in this case.

24. On March 27, 2021 Stross sent DMCA takedown noticed to Wal-Mart.com USA, LLC. A true and correct copy of those takedown notices are attached hereto as Exhibit 3.

25. Walmart did not comply with the DMCA takedown notices.

## COPYRIGHT INFRINGEMENT

26. Stross incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Stross owns a valid copyright in the Work at issue in this case.

28. Stross registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Walmart copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stross' authorization in violation of 17 U.S.C. § 501.

30. Walmart performed the acts alleged in the course and scope of its business activities.

31. Walmart's acts were willful.

32. Stross has been damaged.

33. The harm caused to Stross has been irreparable.

WHEREFORE, the Plaintiff Alexander Bayonne Stross prays for judgment against the Defendant Wal-Mart.com USA, LLC that:

   a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

   b. Defendant be required to pay Plaintiff actual damages and Walmart's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

   Plaintiff be awarded attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Plaintiff be awarded pre- and post-judgment interest; and

    e.    Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 28, 2022        Respectfully submitted,

*/s/Craig A. Wirth*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Alexander Bayonne Stross*